AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America
vs
Travis E Chamblee

APPEARANCE

CASE NUMBER: CR-98-00092-001T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Travis Chamblee

I certify that I am admitted to practice in this court.

8/31/06
*Date*

[signature]
*Signature*

Steven DiLibero 4678
*Print Name* *Bar Number*

130 Dorrance St
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-621 9700 331-9003
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.