AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Travis Earl Chamblee

**WARRANT FOR ARREST**

CASE NUMBER: 1:98-CR-00092-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Travis Earl Chamblee
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

May 2, 2006
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI after being turned over to federal custody

| DATE RECEIVED 05/02/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 08/31/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

16